UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

SHAWN GREEN,

                                                   Plaintiff,

    -v.-
                                                    Civil Action No.
                                                    9:01-cv-886 (GLS/VEB)

GEORGE DUNCAN, Superintendent
of the Great Meadow Correctional Facility,

                                                 Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

SHAWN GREEN
Plaintiff Pro Se
97-A-0801
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821

**FOR THE DEFENDANT:**

HON. ANDREW M. CUOMO       STEVEN H. SCHWARTZ, ESQ.
Attorney General for the           Assistant Attorney General
State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed February 16, 2007.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed February 16, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the petition is DISMISSED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Respondent and close this case.

IT IS SO ORDERED

Dated:    March 13, 2007
         Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge

2